JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW GUYTON, an individual, | CASE NO. CV 15-00009 MMM (AGRx) |
| Plaintiff, | |
| vs. | JUDGMENT FOR DEFENDANT |
| NOVO NORDISK, INC., | |
| Defendant. | |

On December 16, 2015, the court entered an order granting defendant's motion for summary judgment on all of plaintiff's claims. Accordingly,

IT IS ORDERED AND ADJUDGED

1. Guyton take nothing by way of his complaint; and

2. That the action be, and it is hereby, dismissed.

DATED: December 16, 2015

_Margaret M. Morrow_
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE